UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 13-CV-60948-BRANNON

SERGE BRALO,

    Plaintiff,

v.

SPIRIT AIRLINES, INC.,

    Defendant.

_____,

Do you find from a preponderance of the evidence:

## FMLA – INTERFERENCE CLAIM

1. That Mr. Bralo was entitled to FMLA leave for the period May 4, 2012 to May 20, 2012?

   Answer Yes or No __Yes__

   If your answer is "No," this ends your deliberations as to this claim, and you should go to the next claim. If your answer is "Yes," go to the next question.

2. That Mr. Bralo gave Spirit Airlines proper notice that he suffered from multiple serious medical conditions and required FMLA leave for the period May 4, 2012 to May 20, 2012?

   Answer Yes or No __NO__

   If your answer is "No," this ends your deliberations as to this claim, and you should go to the next claim. If your answer is "Yes," go to the next question.

3. That Spirit Airlines interfered with Mr. Bralo's right to take leave during the period May 4, 2012 to May 20, 2012 by refusing to allow the request for leave, ignoring his request for reinstatement, and terminating Mr. Bralo on July 3, 2012?

   Answer Yes or No _____

   If your answer is "No," this ends your deliberations as to this claim, and you should go to the next claim. If your answer is "Yes," go to the next question.

4. That Spirit Airlines refused to allow the request for leave, ignored his request for

1

reinstatement, and terminated Mr. Bralo for reasons that were unrelated to Mr. Bralo's attempt to take FMLA leave for the period May 4, 2012 to May 20, 2012?

Answer Yes or No_____

If your answer is "Yes," this ends your deliberations as to this claim, and you should go to the next claim. If your answer is "No," go to the next question.

5. That Mr. Bralo should be awarded damages?

Answer Yes or No_____

If your answer is "Yes," in what amount? $ _____

## FMLA - RETALIATION CLAIM

6. That Mr. Bralo was entitled to FMLA leave for the period May 4, 2012 to May 20, 2012?

   Answer Yes or No __Yes__

   If your answer is "No," this ends your deliberations as to this claim, and you should go to the next claim. If your answer is "Yes," go to the next question.

7. That Mr. Bralo gave Spirit Airlines proper notice that he suffered from multiple serious medical conditions and required FMLA leave for the period May 4, 2012 to May 20, 2012?

   Answer Yes or No __No__

   If your answer is "No," this ends your deliberations as to this claim, and you should go to the next claim. If your answer is "Yes," go to the next question.

8. That Spirit Airlines refused to allow the request for leave, ignored his request for reinstatement, and terminated Mr. Bralo?

   Answer Yes or No _____

   If your answer is "No," this ends your deliberations as to this claim, and you should go to the next claim. If your answer is "Yes," go on to the next question.

9. That Spirit Airlines' refusal to allow the request for leave, ignoring his request for reinstatement, and termination of Mr. Bralo's employment was an "adverse employment action"?

   Answer Yes or No _____

   If your answer is "No," this ends your deliberations as to this claim, and you should go to the next claim. If your answer is "Yes," go to the next question.

10. That Spirit Airlines refused to allow the request for leave, ignored his request for reinstatement, and terminated Mr. Bralo on July 3, 2012, because Mr. Bralo sought FMLA leave for the period May 4, 2012 to May 20, 2012?

    Answer Yes or No _____

    If your answer is "No," this ends your deliberations as to this claim, and you should go to the next claim. If your answer is "Yes," go to the next question.

11.  That Mr. Bralo should be awarded damages?

   Answer Yes or No_____

   If your answer is "Yes," in what amount? $ _____

## ADA & FCRA - ACCOMMODATION CLAIMS

12. That Mr. Bralo had a "disability?"

    Answer Yes or No __Yes__

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

13. That Mr. Bralo was a "qualified individual?"

    Answer Yes or No __Yes__

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

14. That Spirit Airlines knew of Mr. Bralo's disability?

    Answer Yes or No __Yes__

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

15. That Mr. Bralo requested an accommodation?

    Answer Yes or No __Yes__

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

16. That a reasonable accommodation existed that would have allowed Mr. Bralo to perform the essential functions of the job?

    Answer Yes or No __Yes__

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

17. That Spirit Airlines failed to provide a reasonable accommodation?

    Answer Yes or No __Yes__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

18. That Spirit Airlines made good faith efforts to engage in an interactive dialogue with Mr. Bralo to identify and make a reasonable accommodation for Mr. Bralo?

Answer Yes or No __No__

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

19. That Mr. Bralo should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No __Yes__

If your answer is "Yes," in what amount? $__150,000__

20. That Serge Bralo should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No __Yes__

If your answer is "Yes," in what amount? $__10,000__

If you did not award damages in response to either Question Nos. 19 or 20, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If you awarded damages in response to Question Nos. 19 or 20 (or both), go to the next question.

21. That punitive damages should be assessed against Spirit Airlines?

Answer Yes or No __Yes__

If your answer is "Yes," in what amount? $__375,000__

6

So Say We All.

Date: 02/13/2014

_____
Foreperson's Signature