UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60948-Civ-Brannon

SERGE BRALO,

    Plaintiff,

vs.

SPIRIT AIRLINES, INC.,

    Defendant.

_____/

### ORDER

THIS CAUSE is before the Court on Defendant's Motion to Supplement the Record (DE 121). Defendant requests permission to file all of the parties' proposed jury instructions submitted to the Court for the purpose of perfecting the appellate record, including those instructions submitted by the parties at the pre-trial conference and during the court of trial.

Defendant's Motion to Supplement the Record (DE 121) is GRANTED.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 19th day of March, 2014.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

1