UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60948-Civ-Brannon

SERGE BRALO,

    Plaintiff,

vs.

SPIRIT AIRLINES, INC.,

    Defendant.

_____/

### FINAL JUDGMENT

THIS ACTION was tried by the Honorable Dave Lee Brannon and submitted to a jury. Pursuant to the jury's verdict issued on February 13, 2014, against Spirit Airlines, Inc., and in favor of Serge Bralo, and subject to the Court's Order on Defendant Spirit Airlines' Motion for Remittitur (DE 148), it is ORDERED:

That Plaintiff Serge Bralo recover from Spirit Airlines, Inc., $468,551.60, which includes (1) $158,551.60 in back pay and prejudgment interest;[1] (2) $10,000 in compensatory damages; and (3) $300,000 in punitive damages.

Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961. Motions for fees and costs have already been addressed, so the Court need not reserve jurisdiction. The Clerk of Court is directed to mark this case as CLOSED and DENY all pending motions as moot.

---

[1] This figure contemplates interest through 4/30/14 and is based on the Defendant's calculation (DE 152), which contemplated prejudgment interest through 4/25/14. Plaintiff's calculation is not used, as Plaintiff failed to follow the Court's Order on Plaintiff's Motion for Prejudgment Interest (DE 150), which determined that the interest would be calculated pursuant to 28 U.S.C. § 1961.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 1st day of May, 2014.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE