UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60948-Civ-Brannon

SERGE BRALO,

    Plaintiff,

vs.

SPIRIT AIRLINES, INC.,

    Defendant.

_____/

ORDER GRANTING AGREED MOTION TO DISCHARGE
THE SURETY AND VACATE SUPERSEDEAS BOND (DE 192)

The Court has considered Defendant, SPIRIT AIRLINES, INC.'s, Agreed Motion to Discharge the Surety and Vacate Supersedeas Bond. (DE 192). Having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Arch Insurance Company shall stand fully exonerated, released and discharged from its obligation under and from any and all past, present and future liability for Bond #SU1119389. It is further

ORDERED AND ADJUDGED that the Clerk of the Court shall return the original Bond to counsel for Spirit Airlines.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 21st day of May, 2015.

                                                                     DAVE LEE BRANNON
                                                                     U.S. MAGISTRATE JUDGE

Copies furnished to:
Counsel of record